160 A.3d 775

BAYVIEW LOAN SERVICING, LLC

v.

Sean KEEFE and Kim Lee

Petition of: Kim Lee

No. 489 MAL 2016

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW,** this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**